UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BERNIS TYRELL BROWN | CIVIL ACTION |
| VERSUS | NO. 15-786 |
| ROBERT S. TOALE ET AL. | SECTION "J"(2) |

## **O R D E R**

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's Objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint asserting claims pursuant to 42 U.S.C. § 1983 is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and/or duplicative and malicious under 28 U.S.C. § 1915(e)(2)(B)(i), or because his claims are barred under Heck..

New Orleans, Louisiana, this 21st day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE